AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

PHILIP CAFFREY, et. al. v. FITZPATRICK GRAND HOTEL et. al.     Case Number: 07 cv 3068

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2007 | _[signature]_ |
| Date | Signature |
| | Eden Ftizgibbons Mauro — EF-5296 |
| | Print Name — Bar Number |
| | 131 Jericho Turnpike, Suite 302 |
| | Address |
| | Jericho — NY — 11753 |
| | City — State — Zip Code |
| | (516) 333-2015 — (516) 333-2018 |
| | Phone Number — Fax Number |