**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
Philip CAFFREY et al.

              Plaintiffs,      07 Civ. 3068 (LLS)

    - against -              **ORDER**

FITZPATRICK GRAND CENTRAL HOTEL
DEVELOPMENT LLC et al.

              Defendants.
- - - - - - - - - - - - - - - - -X

    It having been reported to the Court that this action is settled, the Clerk is directed to close this case.

Dated: New York, New York
       May 16, 2008

                                    _Louis L. Stanton_
                                    LOUIS L. STANTON
                                      U. S. D. J.